Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: service@moorelawfirm.com

Attorney for Plaintiff
Jose Trujillo

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TRUJILLO,<br><br>    Plaintiff,<br><br>  vs.<br><br>MUFG AMERICAS HOLDINGS CORPORATION dba UNION BANK,<br><br>    Defendant. | No. 1:16-cv-00078-LJO-SAB<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE ACTION** |

The parties having so stipulated and good cause appearing,

IT IS HEREBY ORDERED that this action be dismissed with prejudice as to Defendant MUFG Union Bank, N.A., erroneously sued as MUFG Americas Holdings Corporation dba Union Bank. Each party shall bear its own attorney's fees and costs.

The Clerk of Court is directed to CLOSE THIS CASE.

IT IS SO ORDERED.

   Dated: **July 27, 2016**          /s/ Lawrence J. O'Neill
                                                 UNITED STATES CHIEF DISTRICT JUDGE